IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. 2:20-CR-104-WKW |
| ) | |
| DARYL TYRONE GRAY ) | |

**ORDER**

Before the court is the Magistrate Judge's oral recommendation on November 19, 2020, concerning Defendant's consent to conduct the change of plea hearing by videoconference. There being no objection to the Recommendation, it is ORDERED that, for the specific reasons stated on the record that the change of plea hearing in this case could not be further delayed without serious harm to the interests of justice, the Recommendation is ADOPTED.

DONE this 15th day of January, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE