IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:20-CR-104-WKW |
| | ) | [WO] |
| DARYL TYRONE GRAY | ) | |

**ORDER**

Before the court is Defendant Daryl Tyrone Gray's *pro se* motion for compassionate release in which Mr. Gray moves the court to modify his term of imprisonment under 18 U.S.C. § 3582(c)(1)(A). (Docs. # 198.) The Government filed a response in opposition (Doc. # 209) to which Mr. Gray filed a reply (Doc. # 211). The motion will be denied.

First, based upon a thorough review of the record, Mr. Gray has not shown that his medical conditions are "extraordinary and compelling reasons" warranting his early release from prison. 18 U.S.C. § 3582(c)(1)(A). He has not demonstrated that the medical staff at his designated federal correctional institution cannot provide him adequate medical care for his health conditions. *See* 18 U.S.C. § 3553(a)(2)(D); *see also United States v. Sanchez*, No. 2:17-CR-337-MHT, 2020 WL 3013515, at *1 (M.D. Ala. June 4, 2020) (denying an inmate's motion for compassionate release in part based on the absence of evidence "that the prison is unable to meet [the inmate's] medical needs" (citing § 3553(a)(2)(D))).

Second, based upon binding Eleventh Circuit precedent, *see United States v. Bryant*, 996 F.3d 1243 (11th Cir. 2021), Mr. Gray's request for compassionate release to care for his mother does not qualify as an extraordinary and compelling reason. This ground is not a reason delineated by the policy statement in U.S.S.G. § 1B1.13, which governs motions under § 3582(c)(1)(A). *See* U.S.S.G. § 1B1.13, cmt. n.1(D).

Third, Mr. Gray cites the preliminary vote of the United States Sentencing Commission to amend the compassionate release guidelines (Doc. # 211 at 1–3); however, these amendments will not go into effect, if at all, prior to November 1, 2023. Hence, Mr. Gray's motion on this ground is premature because the amendments are not yet operative.

Fourth, the balancing of the 18 U.S.C. § 3553(a) factors does not favor release.

Accordingly, it is ORDERED that Mr. Gray's *pro se* motion for compassionate release (Doc. # 198) is DENIED.

DONE this 12th day of May, 2023.

                                                /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE